CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
November 23, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Megan Poff
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHARLES VINCENT COX,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25CV00500 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **OFFICER HAILEY, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Charles Vincent Cox, Pro Se Plaintiff; Joseph A. Piasta, JOHNSON, AYERS, & MATTHEWS, P.L.C., Roanoke, Virginia, for Defendants.*

The plaintiff, proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983. After receiving notice that Cox had been released from incarceration, the court entered an Order on September 28, 2026, directing that he pay the $405.00 filing fee, or otherwise respond. Cox was warned that failure to pay the fee in full or respond to the court's Order within thirty days would result in the immediate dismissal of this action without prejudice.

More than thirty days have elapsed, and Cox has failed to comply with the described conditions. Accordingly, I conclude that Cox may have lost interest in prosecuting this action and will, therefore, dismiss it without prejudice. *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule of Civil

Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice, and the defendants' pending Motion, Dkt. No. 52, will be denied without prejudice as moot. A separate Judgment will be entered.

ENTER: November 23, 2026

/s/ JAMES P. JONES
Senior United States District Judge